**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 36497**

| | |
|---|---|
| **STATE OF IDAHO,** | 2010 Unpublished Opinion No. 573 |
| **Plaintiff-Respondent,** | Filed: August 4, 2010 |
| v. | Stephen W. Kenyon, Clerk |
| **STANLEY BRUCE NELSON,** | THIS IS AN UNPUBLISHED |
| **Defendant-Appellant.** | OPINION AND SHALL NOT BE CITED AS AUTHORITY |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Michael E. Wetherell, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of three years, for felony driving under the influence, affirmed.

Molly J. Huskey, State Appellate Public Defender; Heather M. Carlson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Chief Judge; GRATTON, Judge; and MELANSON, Judge

_____

PER CURIAM

Stanley Bruce Nelson pled guilty to felony driving under the influence. I.C. §§ 18-8004, 18-8005(5). In exchange for his guilty plea, an allegation that Nelson was a persistent violator was dismissed. The district court sentenced Nelson to a unified term of ten years, with a minimum period of confinement of three years. Nelson appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Nelson's judgment of conviction and sentence are affirmed.